AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  LAND, CLAY D. | 2. Court or Organization  Georgia - Middle District | 3. Date of Report  01/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

P.O Box 2017
Columbus, GA
31902

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 01/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Buchanan & Land, LLP (Attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 01/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 01/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern States (CDs) | A | Interest | | | Matured | 12/01/17 | M | | |
| 2. Suntrust (Money Market) | A | Interest | M | T | | | | | |
| 3. CB&T (Money Markets) | A | Interest | L | T | | | | | |
| 4. CB&T (CDs) | C | Interest | N | T | | | | | |
| 5. Compass Bank (CDs) | A | Interest | M | T | Buy | 12/19/17 | M | | |
| 6. Morgan Stanley (Money Markets) | A | Interest | N | T | | | | | |
| 7. Raymond James (Money Markets) | A | Interest | J | T | | | | | |
| 8. Rental property, Columbus, GA (2001 $121,000) | D | Rent | M | R | | | | | |
| 9. Aberdeen Japan Equity Fund Inc | A | Dividend | J | T | | | | | |
| 10. American Funds Europacific Growth C | A | Dividend | K | T | | | | | |
| 11. American Funds Europacific Growth F2 | A | Dividend | J | T | Sold (part) | 12/20/17 | K | C | |
| 12. AMG SouthernSun Us Equity Fund Institutional Class | | None | | | Sold (part) | 11/15/17 | J | A | |
| 13. | | | | | Sold | 12/20/17 | J | A | |
| 14. AMG Times Square Small Cap Growth Fund Class S | | None | | | Sold | 12/20/17 | J | A | |
| 15. AQR Managed Futures Streategy Fund Class N | | None | | | Sold | 12/20/17 | J | | |
| 16. Artisan International Fund Advisor Class N/L | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 17. Baird Aggregate Bond Fund Instl Class N/L | A | Dividend | K | T | Buy | 12/21/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brown Advisory Growth Equity Fund Investor Shares | B | Dividend | | | Sold | 12/20/17 | K | C | |
| 19. Causeway International Value Fund Inst Class | | None | | | Sold | 12/20/17 | J | B | |
| 20. Champlain Mid Cap Fund Advisor Class N/L | | None | J | T | Buy | 12/21/17 | J | | |
| 21. Charter Communications Inc | | None | J | T | | | | | |
| 22. Cisco Systems | A | Dividend | J | T | | | | | |
| 23. Clearbridge Dividend Strategy Fund Class I N/L | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 24. Coca-Cola, Inc | B | Dividend | K | T | | | | | |
| 25. Columbia Contrarian Core Fund Class Z | A | Dividend | | | Sold (part) | 05/08/17 | J | A | |
| 26. | | | | | Sold | 12/20/17 | J | B | |
| 27. Comcast Corp Class A | A | Dividend | K | T | | | | | |
| 28. Deutsche Global Real Estate Securities A | | None | | | Sold | 11/15/17 | J | A | |
| 29. Diamond Hill Long-Short Fund C | A | Dividend | K | T | | | | | |
| 30. Dodge & Cox Income Fund N/L | A | Dividend | K | T | Buy | 12/21/17 | K | | |
| 31. Freeport Mcmoran CP&GLD | | None | J | T | | | | | |
| 32. Goldman Sachs Mid Cap Value Fund Class C | D | Dividend | L | T | | | | | |
| 33. Hartford Midcap Fund | A | Dividend | | | Sold | 12/20/17 | J | B | |
| 34. Intel Inc | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 01/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares TR Dow Jones Select Dividend Index Fund | A | Dividend | K | T | | | | | |
| 36. John Hancock Disciplined Value Fund Class I (formerly Class A) | A | Dividend | J | T | Sold (part) | 12/20/17 | K | D | |
| 37. JP Morgan High Yield Fund Class I N/L | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 38. JP Morgan Mid Cap Value I | A | Dividend | | | Sold | 12/20/17 | J | B | |
| 39. JP Morgan US Large-Cap Core Plus Select | B | Dividend | J | T | Sold (part) | 05/08/17 | J | A | |
| 40. | | | | | Sold (part) | 12/20/17 | J | B | |
| 41. Lazard Emerging Markets Inst | A | Dividend | | | Sold (part) | 05/08/17 | J | | |
| 42. | | | | | Sold | 12/20/17 | J | B | |
| 43. Loomis Sayles Growth Fund Class Y N/L | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 44. Metropolitan West Total Return Bond Fund Class I N/L | A | Dividend | K | T | Buy | 12/21/17 | K | | |
| 45. MFS International Growth Fund Class I | A | Dividend | | | Sold (part) | 05/08/17 | J | A | |
| 46. | | | | | Sold | 12/20/17 | J | B | |
| 47. MFS Research Fund Class A | B | Dividend | J | T | Sold (part) | 05/08/17 | J | A | |
| 48. Microsoft Inc | A | Dividend | K | T | | | | | |
| 49. NRG Energy Inc | A | Dividend | J | T | | | | | |
| 50. PIMCO Total Return Fund Class P N/L | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 51. Powershares QQQ Tr Ser 1 FKA NASDAQ 100 Shares | B | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prudential Absolute Return Bond Fund Class Z N/L | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 53. Royce SM MD CP PRM Consultant (formerly Royce Heritage Fund) | D | Dividend | K | T | | | | | |
| 54. Royce Total Return Fund Consultant | D | Dividend | L | T | | | | | |
| 55. SEI US Managed Volatility Fund Class Y N/L | C | Dividend | | | Buy | 11/16/17 | J | | |
| 56. | | | | | Sold | 12/20/17 | J | | |
| 57. Southern Co | D | Dividend | M | T | Donated (part) | | | | |
| 58. SPDR S&P 500 ETF Trust | D | Dividend | N | T | | | | | |
| 59. Suntrust Banks Inc | B | Dividend | L | T | | | | | |
| 60. T. Rowe Price Small Cap Value Fund Advisor Class N/L | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 61. Time Inc | A | Dividend | J | T | | | | | |
| 62. Time Warner Inc | A | Dividend | J | T | | | | | |
| 63. Victory Integrity Small Cap Value Fund Class Y | A | Dividend | | | Sold | 12/20/17 | J | A | |
| 64. Victory Trivalent Intl Small Cap Fund Class Y (formerly Munder) | A | Dividend | | | Sold | 12/20/17 | J | B | |
| 65. Walt Disney Co Inc | A | Dividend | J | T | | | | | |
| 66. Wells Fargo International Value Fund Class I N/L | A | Dividend | J | T | Buy | 12/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 01/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Section VII - Since my retirement accounts are self directed IRA's, I did not list them in aggregate in the Investments/Trusts section; but instead, the individual assets contained in the IRA's (cash equivalents and stock) are included in the individual listings of cash equivalents and stocks in the Investments/Trusts section.

2. Section VII - One child was removed as a dependent in 2017. Her assets have been appropriately excluded from Part VII without specific line item transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 01/07/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLAY D. LAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544